


# SEALED

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) |
| v. | ) ) 2:13-CR-027-MMD-(GWF) |
| RONALD FILIPOVIC, | ) ) |
| Defendant. | ) |

## ORDER OF FORFEITURE

On February 28, 2013, defendant RONALD FILIPOVIC pled guilty to a One-Count Criminal Information charging him in Count One with Conspiracy to Commit Bank, Mail, and Wire Fraud in violation of Title 18, United States Code, Sections 1341, 1343, 1344 and 1349 and agreed to the forfeiture of property set forth in the Forfeiture Allegation in the Criminal Information and Plea Memorandum. Criminal Information, ECF No. ___; Plea Memorandum, ECF No. ___.

This Court finds that RONALD FILIPOVIC shall pay a criminal forfeiture money judgment of $989,848.00 in United States Currency to the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

. . .

. . .

. . .

. . .

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from RONALD FILIPOVIC a criminal forfeiture money judgment in the amount of $989,848.00 in United States Currency.

DATED this 28th day of Feb, 2013.

_____
UNITED STATES DISTRICT JUDGE