FILED
OCT - 3 2013
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:13-CR-027-APG (GWF) |
| RONALD FILIPOVIC, | ) |
| Defendant. | ) |

## ORDER OF FORFEITURE

This Court found on February 28, 2013, that RONALD FILIPOVIC shall pay a criminal forfeiture money judgment of $989,848.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Criminal Information, ECF No. 7 ; Plea Memorandum, ECF No. 9 ; Order of Forfeiture, ECF No. 10.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from RONALD FILIPOVIC a criminal forfeiture money judgment in the amount of $989,848.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

DATED this 3 day of october , 2013.

_____
UNITED STATES DISTRICT JUDGE